# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-513
_____

C.M.H., Father of N.C.C. and
M.R.H., minor children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

July 30, 2019


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Turner, James Turner Law Firm, Milton, for Appellant.

Douglas J. Glaid, Florida Statewide Guardian ad Litem Office, Fort Lauderdale; Sara Goldfarb, Florida Statewide Guardian ad Litem Office, Tallahassee; Thomasina F. Moore, Guardian ad Litem Program, Tallahassee; Melanie Rodrigues, Guardian ad Litem Program, Pensacola; Sarah J. Rumph, Children's Legal Services, Tallahassee.

Angela M. Holck, Department of Children and Families, Pensacola, for Appellee.